IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0838
 ((((((((((((((((

 Robinson & Harrison Poultry Co., Inc.

 v.

 Marcelo Galvan, et al.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate, filed on June 30, 2011, is granted, and
this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket until
August 17, 2011, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 8th day of July, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Michael Cruz, Deputy Clerk